UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: FCA US LLC MONOSTABLE
ELECTRONIC GEARSHIFT LITIGATION

MDL No. 2744

Case Number 16-md-02744
Honorable David M. Lawson
Magistrate Judge David R. Grand

_____/

JEFFREY GUY, CASEY E. PERKINS,
JUSTINE ANDOLLO, KEAN MCDONALD,
LINDSEY WELLS, TODD MACHTLEY,
SCOTT MICHAEL YOUNGSTROM, JR.,
MELVIN SCOTT, ELIAM MARRERO
BERNAL, CLARE COLRICK, JACOB
GUNNELS, DANIELLE HACKETT, JOBY
HACKETT, TODD FISHER, JOHN
METZGER, MARY METZGER, CAMERON
PHELPS, ROBERT F. HYATT, IV, KAREN
STEDMAN, and CAMERON WEBSTER,

Case Number 17-11376

        Plaintiffs,

v.

FCA US LLC,

        Defendant.
_____/

## JUDGMENT

In accordance with the jury verdict received on September 20, 2022, and the opinion and order entered on August 3, 2023 in the consolidated MDL proceedings (MDL No. 16-2744, ECF No. 901),

It is **ORDERED AND ADJUDGED** that all of the claims brought in this matter individually by plaintiffs Jeffrey Guy, Casey E. Perkins, Justine Andollo, Kean McDonald, Lindsey Wells, Todd Machtley, Scott Michael Youngstrom, Jr., Melvin Scott, Eliam Marrero Bernal, Clare Colrick, Jacob Gunnels, Danielle Hackett, Joby Hackett, Todd Fisher, John Metzger,

- 2 -

Mary Metzger, Cameron Phelps, Robert F. Hyatt, IV, Karen Stedman, and Cameron Webster; and on behalf of the classes of Arizona, Florida, Illinois, Massachusetts, Michigan, Nevada, New Jersey, North Carolina, Ohio, Oregon, Pennsylvania, Texas, and Washington purchasers and owners of the class vehicles, and the complaint filed in the individual case, all are **DISMISSED WITH PREJUDICE**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   August 7, 2023